the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. J. G. Hardgrove* and *Bert Vandervelde* for petitioner in No. 1286. *John E. Martin,* Attorney General of Wisconsin, and *H. T. Ferguson,* Assistant Attorney General, for petitioner in No. 1297. *Assistant Solicitor General Cox, Assistant Attorney General Shea, Messrs. Chester T. Lane, Paul A. Sweeney, Charles V. Shannon* and *Howard E. Wahrenbrock* for respondent. Reported below: 147 F. 2d 743.

No. 1289. UNITED STATES EX REL. ZUCKER *v.* OSBORNE, DIRECTOR. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Julien Cornell* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 1291. ROBERTS *v.* UNITED STATES. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. G. Ernest Jones* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 1295. CLARION OIL Co. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 1371. COMMISSIONER OF INTERNAL REVENUE *v.* CLARION OIL Co. June 18, 1945. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Ellsworth C. Alvord* and *Floyd F. Toomey* for petitioner in No. 1295. *Assistant Solicitor General Cox, Assistant Attorney Gen-*